IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02265-WYD-BNB

JOSEPH A. ELLSWORTH,

Plaintiff,

v.

PAT MONTEZ,
CHARLES OLIN,
A. ZAVARAS,
CATHY HOLST,
MARSHALL GRIFFITH,
PAULA FRANKTZ, and
BURL MCCULLAR,

Defendants.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Leave to File Amended Motion to Dismiss to Correct Citation Errors** [docket no. 43, filed March 2, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is to accept for filing the Amended Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(B)(6), which is attached to docket no. 43. Plaintiff has to and including **April 8, 2010**, in which to file a response to the Amended Motion to Dismiss.

DATED: March 3, 2010